**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCY ROBERTSON,

    Petitioner,

    v.

D.L RUNNELS, Warden,

    Respondent.
_____/

No. C 05-3103 PJH

**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**

    Petitioner Quincy Robertson ("Robertson"), a state prisoner, seeks federal habeas corpus relief, raising two claims: (1) that he was deprived of his Sixth Amendment right to jury trial and his due process rights when the trial court allowed the jury to return a guilty verdict based on the second degree felony murder theory; and (2) that his Fifth Amendment rights were violated when the trial court denied his motion to suppress his confession. Robertson filed a motion for appointment of counsel with this court on September 17, 2005.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require." Generally, the decision to appoint counsel is within the discretion of the district court. *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986). The purpose of section 3006A is to provide for appointed counsel whenever the failure to do so would amount to a denial of due process. *Id.* Accordingly, in determining whether to appoint counsel, the district court should weigh the ability of a *pro se* petitioner to present forcefully and coherently his or her contentions based on a good understanding of the issues. *See LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987).

The court finds that the claims raised in the present petition are not complex. Additionally, the court is unable to determine, at this time, whether petitioner can adequately represent himself, as an attorney drafted his petition. Because of the foregoing and the fact that the court finds the present petition to satisfactorily advance petitioner's claims for relief, the court DENIES the request for appointment of counsel *nunc pro tunc.*

**IT IS SO ORDERED.**

Dated:   September 22, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

2