BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
GREGORY A. OTT, State Bar No. 160803
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5964
  Fax:  (415) 703-1234
  Email:  Gregory.Ott@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **QUINCY ROBERTSON,**<br><br>                              Petitioner,<br><br>        v.<br><br>**D.L. RUNNELS, Warden, and the Attorney General of the State of California,**<br><br>                              Respondents. | CASE NO. C 05-3103 PJH (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until December 14, 2005, to file its answer to the petition for writ of habeas corpus and indexed exhibits thereto.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED: October 20, 2005.

_____
PHYLLIS J. HAMILTON
United States District Judge