IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUINCY ROBERTSON,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>D.L. RUNNELS, Warden, and the Attorney General of the State of California,<br><br>　　　　　　　Respondents. | C 05-3103 PJH<br><br>**ORDER** |

　　　GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until January 13, 2006, to file its answer to the petition for writ of habeas corpus and indexed exhibits thereto. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within thirty days of his receipt of the answer.

DATED: December 20, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　United States District Judge