1  JULIANA DROUS
   Attorney at Law, SBN 92156
2  214 Duboce Avenue
   San Francisco, CA 94103
3  Telephone: (415) 863-3580
   Fax: (415) 255-8631
4  E-mail: jdrous@msn.com

5  Attorney for Petitioner
   QUINCY ROBERTSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

QUINCY ROBERTSON,                         Case No. C 05-3103 PJH

                                          **ORDER**
        Petitioner,

   v.

D. L. RUNNELS, Warden.

        Respondent.
_____/

   GOOD CAUSE APPEARING, it is hereby ordered that Petitioner may have thirty additional days, to March 13, 2006, to file a response to the traverse.

Dated: 2/3/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Order re: Enlargement of Time to File Response