UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCY ROBERTSON,

        Petitioner,

   v.

D.L. RUNNALS, Warden,

        Respondent.
_____/

No. C 05-3103 PJH

**JUDGMENT**

    Pursuant to the order dismissing Robertson's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge